**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**DICELLO LEVITT, LLP**
325 South Maryland Pkwy
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Email: toreilly@dicellolevitt.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN ROE 324337, an individual, *et. al*.,
Plaintiffs,

vs.

STATE OF NEVADA, *et. al.,*

Defendants.

Case No. 2:26-cv-02621-JAD-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS (ECF No. 21)**

**(ECF Nos. 22, 23)**

Plaintiffs John Roe 324337, et al. ("Plaintiffs"), and Defendants State of Nevada, Laura Rich, Kimberly Abbott, Bruce Burgess, Candita Strong, and Patrick Mendez, each individual defendant in his or her official capacity (the "State Defendants"), by and through their respective counsel of record, stipulate and agree as follows, and request that the Court enter an order approving this stipulation pursuant to Local Rules IA 6-1, IA 6-2, and 7-1:

1. On October 9, 2026, the State Defendants filed their Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to FRCP 12(b)(1) and 12(b)(6) (ECF No. 21) (the "Motion").

2. Under Local Rule 7-2(b), Plaintiffs' response to the Motion is currently due on October 23, 2026. This stipulation is submitted before that deadline has expired.

3. On October 2, 2026, the State Defendants' official-capacity officers, through the same counsel, filed a materially identical motion to dismiss in the related action, *John Doe 319304, et*

*al. v. Rich, et al.*, No. 2:26-cv-01016-GMN-DJA (ECF No. 74), in which Plaintiffs' counsel also represents the plaintiffs. The parties are submitting a parallel stipulation in that action so that the responses to both motions will be due on the same date.

4. Good cause exists for the requested extension. The Motion raises questions of Nevada law concerning the limitations period of NRS 11.215 that are also presented in a writ proceeding pending before the Nevada Supreme Court, *BHC Health Services of Nevada, Inc. v. Second Judicial District Court (M.V.)*, No. 92216. The extension will permit Plaintiffs to address those questions and the State Defendants' other arguments in coordinated briefing in both related actions, thereby promoting efficiency for the parties and the Court. The State Defendants will not be prejudiced by the extension.

5. The parties therefore stipulate and agree that **Plaintiffs shall file their response to the Motion on or before November 2, 2026.**

6. The parties further stipulate and agree that **the State Defendants shall file their reply in support of the Motion within ten (10) days after service of Plaintiffs' response.**

7. This is the first request for an extension of the deadline to respond to the Motion. The request is made in good faith and not for the purpose of delay.

8. This stipulation is entered into by Plaintiffs and the State Defendants only, and it does not affect any deadline applicable to any other party or any other motion.

DATED this 22nd day of October, 2026.

**DICELLO LEVITT, LLP**
By: /s/ *Timothy R. O'Reilly*
Timothy R. O'Reilly, Esq.
Nevada Bar No. 6688
325 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**GREENBERG TRAURIG, LLP**
By: */s/ Steve Shevorski*
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 08256
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendants Laura Rich, Marla McDade Williams, Bruce Burgess, Candita Strong, and Patrick Mendez, each in his or her official capacity*

**ORDER**

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE
October 28, 2026

Respectfully submitted:

Dated: October 23, 2026.

**DICELLO LEVITT, LLP**

By: *Timothy R. O'Reilly*
**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
325 South Maryland Pkwy
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Email: toreilly@dicellolevitt.com
*Attorneys for Plaintiffs*